AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Stephen Scanlon

V.

Andrea Cabral, Sheriff of Suffolk County; the County of Suffolk; and City Council of the City of Boston

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10418 MEL

**04 10418 MEL**

TO: (Name and address of Defendant)
The County of Suffolk
c/o Rosaria Salerno, Clerk
City of Boston
City Hall
One City Hall Square
Boston, MA 02201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Rome, Esq.
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



