AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Stephen Scanlon

V.

Andrea Cabral, Sheriff of Suffolk County;
the County of Suffolk; and City Council
of the City of Boston

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-10418 MEL

**04 10418 MEL**

TO: (Name and address of Defendant)

City Council of the City of Boston
c/o Michael Flaherty, President
City Hall, 5th Floor
One City Hall Square
Boston, MA 02201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Rome, Esq.
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                3-2-04

CLERK                                                       DATE

(By) DEPUTY CLERK



