UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10418-MEL

STEPHEN SCANLON,
    Plaintiff,

v.

ANDREA J. CABRAL, individually and in her capacity as Sheriff of Suffolk County, SUFFOLK COUNTY, and the CITY COUNCIL OF THE CITY OF BOSTON,
    Defendants.

### DEFENDANTS SUFFOLK COUNTY AND CITY COUNCIL OF THE CITY OF BOSTON'S ASSENTED-TO MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS PURSUANT TO FED.R.CIV.P. 6(B).

NOW COME Defendants Suffolk County and City Council of the City of Boston, with the assent of the Plaintiff, and respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time until April 2, 2004, to file responsive pleadings in the above-entitled action. As grounds for their motion, the Defendants state that:

1. The Plaintiff has assented to the their request for an extension of time until April 2, 2004, to file a responsive pleading (see Rule 7.1 certification included below);

2. Undersigned counsel received the Complaint recently and requires additional time to investigate the Complaint and to draft the Defendant's responsive pleadings.

3. Allowing this motion will not prejudice any party to the action, will not cause undue delay, and will further the interests of justice.

WHEREFORE, the Defendants Suffolk County and City Council of the City of Boston respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for filing of its responsive pleadings on or before April 2, 2004.

Respectfully submitted,
DEFENDANTS, SUFFOLK COUNTY, and the
CITY COUNCIL OF THE CITY OF BOSTON,

Merita A. Hopkins
Corporation Counsel

By their attorney:

James M. Chernetsky
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4048
BBO# 638152

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that undersigned counsel for the Defendants, Suffolk County and City Council of the City of Boston, provided Plaintiff's counsel with a copy of this motion on March 25, 2004, and that David Rome, Esq., counsel for the Plaintiff, gave his assent by telephone on this day.

3-26-04
Date

James M. Chernetsky, Esq.