UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Stephen Scanlon,<br>Plaintiff<br><br>v.<br><br>ANDREA J. CABRAL, individually<br>and in her capacity as Sheriff of<br>Suffolk County, THE COUNTY OF<br>SUFFOLK, and THE CITY<br>COUNCIL OF THE CITY OF<br>BOSTON | Civil Action No. 04-10418-MEL |

NOTICE OF APPEARANCE

Please enter my appearance as attorney for Andrea J. Cabral in the above case.

Respectfully submitted for
DEFENDANT Andrea J. Cabral
By her attorney,

DATE:  3/30/04

James M. Davin, BBO # 566973
Deputy General Counsel
Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
(617) 989-6679