UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Stephen Scanlon,<br>    Plaintiff<br><br>v.<br><br>ANDREA J. CABRAL, individually<br>and in her capacity as Sheriff of<br>Suffolk County, THE COUNTY OF<br>SUFFOLK, and THE CITY<br>COUNCIL OF THE CITY OF<br>BOSTON | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10418-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION OF DEFENDANT ANDREA J. CABRAL FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Now comes the above named Defendant, with the assent of the plaintiff, and respectfully requests this Court to grant her a two week extension of time to file a response to the Complaint.

### Certification of Assent

I hereby certify that I spoke via telephone with Catherine Highet, plaintiff's attorney, and that she assented to this motion to extend the above defendant's time to respond to the complaint by a period of two weeks.

*James M. Davin*
James M. Davin

Respectfully submitted for
DEFENDANT Andrea J. Cabral
By her attorney,

DATE: 3/30/04

*James M. Davin*
James M. Davin, BBO # 566973
Deputy General Counsel
Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
(617) 989-6679