UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10418-MEL

STEPHEN SCANLON,

    Plaintiff

v.

ANDREA J. CABRAL, individually and in her
capacity as Sheriff of Suffolk County,
THE COUNTY OF SUFFOLK, and the
CITY COUNCIL OF THE CITY OF BOSTON

    Defendants

## ASSENTED-TO MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS, SUFFOLK COUNTY'S AND CITY COUNCIL OF THE CITY OF BOSTON'S MOTION TO DISMISS

Plaintiff, Stephen Scanlon, hereby respectfully requests this Court to grant him a twenty-two day extension of time, until May 13, 2004, to file a response to Defendants Suffolk County's and City Council of the City of Boston's Motion to Dismiss.

As grounds for this motion, Plaintiff's counsel is out of the country on vacation and then will be attending a conference until April 30, 2004.

Counsel for Defendants, Suffolk County and City Council of the City of Boston, James M. Chernetsky, Esq., and Counsel for Defendant, Andrea J. Cabral, James M. Davin, Esq., have kindly assented to this motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant leave to extend the time to respond to Defendants Suffolk County's and City Council of the City of Boston's Motion to Dismiss until May 13, 2004.

Respectfully submitted,

STEPHEN SCANLON,

By his attorneys,

_____
David Rome, BBO # 426400
Catherine A. Highet, BBO #157407
PYLE, ROME, LICHTEN
     & EHRENBERG, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: April 6, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by first class mail, postage prepaid, on April 6, 2004.

_____
Catherine A. Highet