UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10418-MEL

STEPHEN SCANLON,
    Plaintiff,

v.

ANDREA J. CABRAL, individually and in her capacity as Sheriff of Suffolk County, SUFFOLK COUNTY, and the CITY COUNCIL OF THE CITY OF BOSTON,
    Defendants.

## JOINT MOTION TO CONTINUE HEARING

Now come the parties and respectfully move this Honorable Court, to continue the Motion to Dismiss hearing currently scheduled for June 28, 2004. As grounds for their motion, the parties state:

1. Counsel for the Defendant, City Council for the City of Boston is unavailable on June 28, 2004.
2. All parties have assented to continuing the hearing until July 15, 2004 at 2:30 p.m.
3. Allowing this motion will not prejudice any party to the action and will further the interests of justice.

WHEREFORE: The parties respectfully request this Honorable Court allow their motion to continue the Motion to Dismiss Hearing until July 15, 2004 at 2:30 p.m.

Respectfully submitted,

| DEFENDANTS, | PLAINTIFF, |
|---|---|
| Merita A. Hopkins | Stephen Scanlon |
| Corporation Counsel | |
| By their attorney, | By his attorney, |

| | |
|---|---|
| /s/ James M. Chernetsky<br>James M. Chernetsky<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4048<br>BBO# 638152<br><br>Dated: 6/24/04 | /s/ James Davin<br>James Davin<br>Suffolk County Sheriff's Office<br>20 Bradston Street<br>Boston, MA  02118<br>(617) 989-6679<br>BBO# 566973<br><br>Dated: 6/24/04 |

DEFENDANTS,
Andrea Cabral & Suffolk County

By their Attorney,


/s/ David Rome
David Rome
Pyle, Rome Lichten & Ehrenberg
18 Tremont Street
Boston, MA 02108
(617)367-7200
BBO# 4265000

Dated: 6/24/04

2