UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP 30  P  4: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04-10418-MEL

STEPHEN SCANLON,

   Plaintiff

v.

ANDREA J. CABRAL, individually and in her
capacity as Sheriff of Suffolk County,
THE COUNTY OF SUFFOLK, and the
CITY COUNCIL OF THE CITY OF BOSTON

   Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## ASSENTED-TO MOTION TO EXTEND TIME FOR  PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, Stephen Scanlon, hereby respectfully requests this Court to grant him a twenty-five day extension of time, until October 29, 2004, to file a brief in support of his Motion for Partial Summary Judgment

As grounds for this motion, Plaintiff's current counsel has recently decided to leave the Firm's employment for personal reasons.  The undersigned counsel has a long-scheduled out-of-state conference during the week of October 4-8 and will need the additional time upon his return in order to complete the brief.

Counsel for Defendants, Suffolk County and City Council of the City of Boston, James M. Chernetsky, Esq., and Counsel for Defendant, Andrea J. Cabral, James M. Davin, Esq., have kindly assented to this motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant leave to extend the time for Plaintiff to file his brief in support of motion for partial summary judgment until October 29, 2004.

Respectfully submitted,

STEPHEN SCANLON,

By his attorneys,

David Rome, BBO # 426400
PYLE, ROME, LICHTEN
    & EHRENBERG, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated:  September 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by first class mail, postage prepaid, on September 27, 2004.

David Rome

2