UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10418-MEL

| | |
|---|---|
| STEPHEN SCANLON, | ) |
| Plaintiff | ) |
| v. | ) |
| ANDREA J. CABRAL, individually and in her capacity as Sheriff of Suffolk County, THE COUNTY OF SUFFOLK, and the CITY COUNCIL OF THE CITY OF BOSTON | ) |
| Defendants | ) |

**PLAINTIFF'S ASSENTED TO MOTION FOR POSTPONEMENT OF STATUS CONFERENCE**

Plaintiff, Stephen Scanlon, hereby respectfully requests a postponement of the status conference currently scheduled for Tuesday, September 5, 2006 at 2:15 p.m. As grounds therefore, the Plaintiff states that the parties are currently engaged in settlement discussions that may obviate the need for the conference. The Defendants have assented to the allowance of this motion. For the Court's convenience, the parties have conferred and request that the conference be re-scheduled for Monday, October 16, 2006, or to such date as the Court deems appropriate.

Respectfully submitted,

STEPHEN SCANLON,

By his attorneys,

_____/s/_____
David Rome, BBO # 426400

                                        PYLE, ROME, LICHTEN,
                                            EHRENBERG & LISS-RIORDAN, P.C.
                                        18 Tremont Street, Suite 500
                                        Boston, MA 02108
Dated:   August 25, 2006          (617) 367-7200

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon all counsel of record by first class mail, postage prepaid, on August 25, 2006.

                                                  _____/s/_____
                                                  David Rome