UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10418-MEL

| | |
|---|---|
| STEPHEN SCANLON, | ) <br> ) <br> ) |
| Plaintiff | ) <br> ) |
| v. | ) <br> ) |
| ANDREA J. CABRAL, individually and in her capacity as Sheriff of Suffolk County, THE COUNTY OF SUFFOLK, and the CITY COUNCIL OF THE CITY OF BOSTON | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants | ) <br> ) <br> ) |

## JOINT REQUEST FOR POSTPONEMENT OF STATUS CONFERENCE

The parties jointly hereby respectfully request a sixty (60) day postponement of the status conference currently scheduled for Thursday, October 26, 2006 at 2:45 p.m.  As grounds therefore, the parties states that they have reached a settlement of this matter, the terms of which will be completed within sixty (60) days, and that upon the completion of this process, the action will be dismissed.

| For PLAINTIFF STEPHEN SCANLON | For DEFENDANT ANDREA J. CABRAL, Individually and in her capacity as Sheriff of Suffolk County |
|---|---|
| _____/s/_____ <br> DAVID ROME, ESQ., BBO# 157407 <br> PYLE, ROME, LICHTEN <br> EHRENBERG & LISS-RIORDAN, P.C. <br> 18 Tremont Street, Suite 500 <br> Boston, MA 02108 | _____/s/_____ <br> JAMES M. DAVIN, ESQ., BBO# 566973 <br> SUFFOLK COUNTY SHERIFF'S DEPT. <br> 200 Nashua Street <br> Boston, MA 02114 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by first class mail, postage prepaid, on October 20, 2006.

_____/s/_____
David Rome