UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10418-MEL

| | |
|---|---|
| STEPHEN SCANLON,<br>    Plaintiff<br><br>v.<br><br>ANDREA J. CABRAL,<br>Individually and in her capacity<br>as Sheriff of Suffolk County,<br>THE COUNTY OF SUFFOLK,<br>And the CITY COUNCIL OF<br>THE CITY OF BOSTON<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties in the above-captioned matter hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that the Plaintiff's claims in the above matter are hereby dismissed with prejudice, without costs and waiving all rights of appeal.

| Attorney for Plaintiff, | Attorney for Defendant, |
|---|---|
| STEPHEN SCANLON | ANDREA J. CABRAL |
| | Individually and in her capacity as |
| | Sheriff of Suffolk County |
| *(signature)* | *(signature)* |
| David Rome, Esq. BBO # 426500 | James M. Davin, BBO # 566973 |
| Pyle, Rome, Lichten, | Suffolk County Sheriff's Department |
| Ehrenberg & Liss-Riordan, P.C. | 200 Nashua Street |
| 18 Tremont Street, Suite 500 | Boston, MA 02114 |
| Boston, MA 02108 | (617) 961-6678 |
| (617) 367-7200 | |

Dated: October 31, 2006

1